JAMES DAL BON, Bar No. 157942
LAW OFFICES OF JAMES DAL BON
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728

jdblaw@earthlink.net

TOMAS E. MARGAIN, Bar No. 193555
JACOB SIDER, Bar No. 236084
LAW OFFICES OF TOMAS E. MARGAIN
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com

ATTORNEY FOR PLAINTIFF

**GRANTED**
*Judge James Ware*
4/1/2009

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICTS OF CALIFORNIA**

| | |
|---|---|
| JOSE ROMAN TORRES AGUIRRE ) | Case No:   C 08-04809 JW |
| ) | |
|      Plaintiff, ) | DISMISSAL WITHOUT REJUDICE AS TO ANDRES VALENCIA |
| ) | |
|      vs. ) | |
| ) | |
| RESTAURANT CASA VALENCIA INC., ) | |
| dba MEXICO LINDO RESTAURANT; ) | |
| EVERARDO VALENCIA, dba MEXICO ) | |
| LINDO RESTAURANT ) | |
| ) | |
|      Defendants ) | |

The Plaintiff hereby dismisses ANDRES VALENCIA from this entire matter under Federal Rule of Civil Procedure 41(A) (1)(a)(i) without prejudice.

February 13, 2009

                                                                //s//Tomas E. Margain
                                                                   TOMAS E. MARGAIN