```
1  JAMES DAL BON 157942
   DAL BON & MARGAIN
2  28 NORTH 1ST STREET SUITE 210
   SAN JOSE, CA 95113
3  (408)297-4729

4  ATTORNEYS FOR PLAINTIFF
```



GRANTED
Judge James Ware
7/10/2009

UNITED STATES DISTRICT COURT

FOR DISTRICT OF NORTHERN CALIFORNIA

| JOSE RAMON TORRES | Case No.08-04809 JW |
|---|---|
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| RESTAURANT CASA VALENCIA INC AND EVERARDO VALENCIA AND DOES 1-10 | |
| Defendants | |

Pursuant to Fed. R. Civ. Pro. 41(a)(1), plaintiff JOSE RAMON TORRES

, and defendants RESTAURANT CASA VALENCIA INC AND EVERARDO VALENCIA

DOES 1-10, through their respective counsel, stipulate as follows:

    1.    Parties have fully resolved their disputes and entered into a Settlement Agreement and Release in June of 2009.

    2.    As such parties dismiss the entire complaint and legal action with prejudice.

    3.    Each party is to bear its own costs and fees.

                               DAL BON & MARGAIN
                               JAMES DAL BON

Dated: JUNE 22, 2009                /s/ jdb

1

VOLUNTARY DISMISSAL

| | | |
|---|---|---|
| 1 | JUNE 22, 2009 | PLAINTIFF |
| 2 | | |
| 3 | | |
| 4 | | *X [signature]* <br> JOSE RAMON TORRES |
| 5 | | |
| 6 | | |
| 7 | JUNE 30 2009 | ERNEST MALASPINA <br> HOPKINS CARLEY |
| 8 | | |
| 9 | | |
| 10 | | *[signature]* |
| 11 | | ERNEST MALASPINA <br> ATTORNEY FOR DEFENDANT |
| 12 | | |

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearings or motions. The clerk shall close this file.

Dated: July 10, 2009

*[signature: James Ware]*
United States District Judge

2

VOLUNTARY DISMISSAL